IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| KROGER LIMITED PARTNERSHIP I, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION FILE NO.: |
| ) | |
| INLAND WESTERN MEMPHIS ) | |
| WINCHESTER, LLC, and AMERICAN ) | |
| HOME ASSURANCE COMPANY, ) | |
| ) | |
| Defendants. ) | |

## NOTICE TO PLAINTIFF OF FILING OF REMOVAL TO FEDERAL COURT

Pursuant to 28 U.S.C. § 1446, this Notice shall serve as written notice to Plaintiff Kroger Limited Partnership I, the only adverse party, that Defendant American Home Assurance Company ("American Home") filed this a Notice of Removal to Federal Court for the above captioned action from the Chancery Court of Shelby County Tennessee to the United States District Court for the Western District of Tennessee, Western Division. Attached to and included with this Notice are:

1. American Home's Notice of Removal to Federal Court, as filed with the United States District Court for the Western District of Tennessee, Western

1

Division, which includes a copy of all process, pleadings, and orders served upon American Home in this action (Exhibit 1);

2. American Home's Notice to the Chancery Court of Shelby County, Tennessee (Exhibit 2).

Respectfully submitted this 3rd day of January, 2012.

/s/ Kristine L. Roberts
KRISTINE L. ROBERTS
Tennessee Bar No. 23856
klroberts@bakerdonelson.com

KATHERINE M. BOGARD
Tennessee Bar No. 28099
kbogard@bakerdonelson.com

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
2000 First Tennessee Building
165 Madison Avenue
Memphis, Tennessee 38103
(901) 526-2000 – telephone
(901) 577-2303 – facsimile

*Attorneys for Defendant American Home Assurance Company*

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and correct copy of the foregoing document has been delivered via U.S. Mail, postage prepaid, to the following counsel of record and electronically filed with the Court's CM/ECF system this the 3rd day of January, 2012.

Betty Ann Milligan, Esq.
Spicer Rudstrom, PLLC
175 Toyota Plaza, Suite 800
Memphis, TN 38103

*Attorney for Plaintiff*

David I. Feigelson, Esq.
Petkoff and Feigelson
Washington Courtyard
308 Washington Ave.
Memphis, TN 38103-1911

*Attorney for Inland Western Memphis Winchester, LLC*

s/Kristine L. Roberts

M KMB01 2285800 v1
0-0  01/03/2012